UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-06647-SVW-AFM | Date | September 9, 2015 |
|---|---|---|---|
| Title | Ward v. Demetrius Ship, Ingrid Ship, Does 1 to 10 | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER REMANDING CASE TO STATE COURT

Generally, removal jurisdiction is disfavored. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). But it is proper if the case could have been filed in federal court originally. 28 U.S.C. § 1441; *Syngenta Crop Protection, Inc. v. Henson*, 537 U.S. 28, 33 (2002). The removing party bears the burden of establishing subject matter jurisdiction. *Gaus*, 980 F.2d at 566.

Plaintiff Natalie Marie Reynaud Ward filed an unlawful detainer action against Defendant Demetrius Ship, Ingrid Shipp, and Does 1 to 10 in the Los Angeles County Superior Court on July 21, 2015. On August 20, 2015, Defendant removed the case here, alleging federal jurisdiction under 28 U.S.C. § 1331 and 18 U.S.C. § 12131 without any elaboration.

Plaintiff's complaint states a single claim for unlawful detainer, which is purely a matter of California law. On its face, therefore, the complaint shows no basis for federal question jurisdiction.

The Court lacks jurisdiction over the subject matter of this case. The Court REMANDS the case to the Los Angeles County Superior Court.

|   | : |   |
|---|---|---|
| Initials of Preparer | | PMC |